**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
SAMUEL GOWRIE, et al.              :
                                   :
              Plaintiffs,          :
                                   :        ORDER
     - against -                   :
                                   :
HYSTER-YALE GROUP, INC., et al.,   :
                                   :     19 Civ. 4714 (VM)
              Defendants.          :
-----------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

In light of the ongoing public health emergency, the initial case management conference before the Honorable Victor Marrero has been rescheduled to a teleconference, to take place on Friday, March 27, 2020, at 11:30 a.m. The parties are directed to use the following dial-in: 877-211-3621, access code 170 703 9806#.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.


Dated:    New York, New York
          24 March 2020

                                    _____
                                    Victor Marrero
                                    U.S.D.J.