USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
SAMUEL GOWRIE, HEATHER GOWRIE,          :
                                        :
                    Plaintiffs,         :    19 Civ. 4714 (VM)
                                        :
        - against -                     :    ORDER
                                        :
HYSTER-YALE GROUP, ET AL.,              :    REQUEST FOR STATUS UPDATE
                                        :
                    Defendant.          :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case, the Court notes that expert discovery was scheduled to be completed on November 1, 2021, and motions were to be filed by June 9, 2021. (See Dkt. No. 48; June 2, 2021 Order of Magistrate Judge Moses.) On May 10, 2021, the Court ordered the dismissal of claims against defendant Eevelle, and on August 16, 2021, the dismissal of defendants Hyster-Yale Group, Inc. and Hyster-Yale Materials Handling, Inc. (See Dkt. Nos. 51, 53.) The public file contains no further entries, and no other communication with the Court has been received. Accordingly, it is hereby

**ORDERED** that the parties are directed to inform the Court within five (5) days of the date of this Order concerning the status of this litigation.

**SO ORDERED.**

Dated:   New York, New York
         December 2, 2021

                                              _____
                                              Victor Marrero
                                              U.S.D.J.