USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2021

**GORDON & HAFFNER, LLP**
Attorneys at Law
480 Mamaroneck Avenue
Harrison, New York 10528
----------
(718) 631-5678

December 6, 2021

VIA ECF and EMAIL: chambersnysdmarrero@nysd.uscourts

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street – Suite 1610
New York, New York 10007

Re:     *Samuel Gowrie, et al. v. Hyster-Yale Group, Inc., et al.* Case No: 1:19-cv-04714-VM

Dear Judge Marrero:

    We represent the plaintiffs and write to request an extension, to Monday, December 13, 2021, of your Honor's December 2, 2021 Docket Order, directing we file a status letter by December 7, 2021. I am the attorney responsible for this matter and have been on the West Coast all week, returning to my office this Wednesday. Unfortunately, I have been without on this trip some of my files in this case, which I now realize were not uploaded to OneDrive.

    I appreciate the Court's consideration of this request and apologize for any inconvenience.

Respectfully submitted,

/s/ *Steven R. Haffner*
Steven R. Haffner



Request **GRANTED**.

The parties shall provide the Court with a status update by December 21, 2021.

**SO ORDERED.**

12/7/2021
DATE

VICTOR MARRERO, U.S.D.J.