USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/2/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
SAMUEL GOWRIE, HEATHER GOWRIE,           :
                                         :
                    Plaintiffs,          :      19 Civ. 4714 (VM)
                                         :
        - against -                      :         **ORDER**
                                         :
HYSTER-YALE GROUP, ET AL.,               :      **REQUEST FOR STATUS UPDATE**
                                         :
                    Defendant.           :
-------------------------------------X

**VICTOR MARRERO, United States District Judge.**

    The Court requested a status update from the parties on December 2, 2021. (Dkt. No. 54.) On December 21, 2021, Plaintiff notified the Court that it anticipated moving within 45 days to substitute one of the defendants. (Dkt. No. 57.) The public file contains no further entries, and no other communication with the Court has been received. Accordingly, it is hereby

    **ORDERED** that the parties are directed to inform the Court within five (5) days of the date of this Order concerning the status of this litigation.

**SO ORDERED.**

Dated:    New York, New York
          March   2, 2022

                                        _____
                                              Victor Marrero
                                                 U.S.D.J.