```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
SAMUEL GOWRIE, HEATHER GOWRIE,      :
                                    :
                  Plaintiffs,       :     **19 Civ. 4714(VM)**
                                    :
         -against-                  :     <u>**ORDER**</u>
                                    :     <u>**DISMISSAL FOR FAILURE**</u>
HYSTER-YALE GROUP, ET AL.,          :     <u>**TO PROSECUTE**</u>
                                    :
                  Defendants        :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    A review of the Docket Sheet for the above-captioned case indicates that the Court has twice requested status updates (<u>see</u> Dkt. Nos. 54, 58). Plaintiffs twice notified the Court that they anticipated moving within 45 days to substitute a defendant. (<u>See</u> Dkt. Nos. 57, 59.) However, Plaintiffs have now twice made this representation to the Court without timely moving or otherwise corresponding with the Court about the status of the matter. Accordingly, it is hereby

    **ORDERED** that the Clerk of Court is directed to dismiss the complaint in this action and close this case for lack of prosecution without prejudice.

**SO ORDERED:**

Dated:    New York, New York
          June 1, 2022

_____
Victor Marrero
U.S.D.J.