UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SAMUEL GOWRIE and HEATHER GOWRIE,

                    Plaintiffs,

          - against -

HYSTER-YALE GROUP, et al.,

                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2023

19 Civ. 4714 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Upon review of the Second Circuit's Summary Order (Dkt. No. 64), it is hereby

    **ORDERED** that plaintiffs Samuel Gowrie and Heather Gowrie are directed to submit a letter within fourteen (14) days of the date of this Order, updating the Court on how they wish to proceed following the Second Circuit's remand of this matter.

**SO ORDERED.**

Dated:    30 June 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.