USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL GOWRIE and HEATHER GOWRIE,

                Plaintiffs,

- against -

HYSTER-YALE GROUP, et al.,

                Defendants.

19 Civ. 4714 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    On July 11, 2023, plaintiffs Samuel Gowrie and Heather Gowrie (collectively, "Plaintiffs") filed a letter (Dkt. No. 66) in response to the Court's June 30, 2023 Order (Dkt. No. 65). Plaintiffs indicated that they intended to move to substitute a defendant in this matter and seek direction from the Court remanding the case to the Supreme Court, Bronx County. The Court hereby directs Plaintiffs to file their motion to substitute a defendant no later than August 21, 2023. Defendants shall then have fourteen (14) days to file a joint response to Plaintiffs' motion.

**SO ORDERED.**

Dated:    12 July 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.